UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SCOTT LAWRENCE PROBST,

      Plaintiff,

v.                                                                                            Hon. Jane M. Beckering


COMERICA BANK, et al.,                                              Case No. 1:25-cv-954

      Defendants.

_____/


## REPORT AND RECOMMENDATION

This matter is before me on Defendant Comerica Bank's proposed order granting Motion to Cancel Notice of Lis Pendens and Enjoin Future Recordings (ECF No. 48), which was referred to the undersigned for report and recommendation under 28 U.S.C. § 636(b)(1)(B).

For the reasons set forth in my January 30, 2026 Report and Recommendation (ECF No. 42), I recommend that the Court enter Defendant Comerica Bank's proposed order (ECF No. 48) granting Comerica's Motion to Cancel Notice of Lis Pendens and Enjoin Future Recordings (ECF No. 39).


Date:  March 13, 2026                                        /s/ Sally J. Berens
                                                 SALLY J. BERENS
                                                 U.S. Magistrate Judge


OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).